UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: AU:18-CR-00407(1)-RP |
| | § | |
| (1) Marvin Love | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause. On July 24, 2024 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant Marvin Love, which alleged that Love violated a condition of his supervised release and recommended that Love 's supervised release be revoked (Clerk's Document No. 69). A warrant issued and Love was arrested. On August 24, 2026, Love appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Love appeared before the magistrate judge on September 4, 2026, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on September 4, 2026, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Love, the magistrate judge recommends that this court revoke Love supervised release and that Love be sentenced to imprisonment for 13 months to run

consecituve to any state imposed sentences, with no term supervised release to follow the term of imprisonment (Clerk's Document No. 87).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 87 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant Marvin Love's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant Marvin Love be imprisoned for 13 months, to run consecutive to any state imposed sentences. No term of supervised release is imposed

Signed this 14th day of September, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE